# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NICHOLAS J. RANDALL and FAN FENG,**

               **Plaintiffs,**

**v.**                                                   **Case No:   6:17-cv-2103-Orl-31EJK**

**OFFPLAN MILLIONAIRE AG,
CAPINVEST LLC, JOACHIM OLIVER
NEDELA and CARL DHIR,**

               **Defendants.**

_____

## ORDER

This cause comes before the Court on Plaintiffs' Motions for Default Judgment (Docs. 110, 111, and 112).

On April 21, 2020, the United States Magistrate Judge issued a report (Doc. 128) recommending that the motions filed at Docs. 110 and 111 be granted in part and that the motion filed at Doc. 112 be denied. No objections have been filed.   Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      The Motions for Default Judgment (Docs. 110 and 111) are **GRANTED in part** as follows**.**

      a.      The motions are **DENIED** to the extent that Plaintiff Fan Feng has not established damages under 18 U.S.C. § 1964(c);

      b.      The motions are **GRANTED** as to Counts I through IV of the Amended Complaint (Doc. 17) such that the Clerk shall enter default judgment as to Counts I through IV in favor of Plaintiff Nicholas Randall and against Defendants Offplan

Millionaire AG and Capinvest LLC in the amount of $4,083,690.21, plus interest pursuant to 28 U.S.C. § 1961.   Plaintiff Fan Feng shall take nothing.

3.    The Motion for Default Judgment (Doc. 112) is **DENIED** for failure to establish personal jurisdiction over Carl Dhir.   The Amended Complaint (Doc. 17) as to Dhir is **DISMISSED** without prejudice.

4.    After entry of judgment, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 11, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party